IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN DANIELS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | No. C 13-2679 RMW (PR)<br><br>ORDER OF TRANSFER |

    Plaintiff, a state prisoner housed in Los Angeles County Jail, filed a letter which instituted these proceedings pursuant to 42 U.S.C. § 1983. The acts complained of occurred Los Angeles, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District. <u>See</u> 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. <u>See</u> 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

    IT IS SO ORDERED.

DATED: _____

                                        RONALD M. WHYTE<br>
                                        United States District Judge

Order of Transfer
P:\PRO-SE\RMW\CR.13\Daniels679trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BEN DANIELS,

        Plaintiff,

  v.

STATE OF CALIFORNIA,

        Defendant.

Case Number: CV13-02679 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ben Daniels 3335734
P.O. Box 86164
Los Angeles, CA 90086-0614

Dated: July 31, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk